UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 21-14318-CIV-MARTINEZ-MAYNARD

PATRICK WILLIAMSON,

    Plaintiff,

v.

INDIAN RIVER MEMORIAL
HOSPITAL, INC. d/b/a Cleveland Clinic
Indian River Hospital,

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Strike, (ECF No. 80), Defendant's Motion to Strike, (ECF No. 104), Defendant's Motion to Exclude Proposed Expert, (ECF No. 67), Plaintiff's Motion for Partial Summary Judgment, (ECF No. 64), and Defendant's Motion for Summary Judgment, (ECF No. 68). Judge Maynard filed a Report and Recommendation ("R&R"), recommending that Plaintiff's Motion to Strike be denied, Defendant's Motion to Strike be denied, Defendant's Motion to Exclude Proposed Expert be granted in part and denied in part, Plaintiff's Motion for Partial Summary Judgment be denied, and Defendant's Motion for Summary Judgment be denied. (ECF No. 138.) After Plaintiff filed a Notice of Non-Objection to the R&R, (ECF No. 140), Defendant filed objections to the R&R, (ECF No. 144), to which, Plaintiff responded, (ECF No. 245). The Court, having conducted a *de novo* review of the record and the issues presented in Defendant's Objections, agrees with Magistrate Judge Maynard. The Court overrules Defendant's Objections, (ECF No. 144).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1. United States Magistrate Judge Maynard's Report and Recommendation, (ECF No. 138), is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion to Strike, (ECF No. 80), is **DENIED**.

3. Defendant's Motion to Strike, (ECF No. 104), is **DENIED**.

4. Defendant's Motion to Exclude Proposed Expert, (ECF No. 67), is **GRANTED IN PART AND DENIED IN PART**.

5. Plaintiff's Motion for Partial Summary Judgment, (ECF No. 64), is **DENIED**.

6. Defendant's Motion for Summary Judgment, (ECF No. 68), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of February, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record